UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEONARDO TOLENTINO, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

LIC SEAFOOD, INC. (D/B/A PSARI) and JOHN VULLIS AKA YANNI,

Defendants.

Case No. 1:23-cv-03809-KAM-VMS

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that all claims asserted by Plaintiff in the above captioned matter are voluntarily dismissed in their entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(ii), inclusive of any claims for attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that facsimile or emailed copies of the signatures on this Stipulation may be treated as originals for all purposes.

Dated: 1/16/24

**CSM LEGAL, P.C.**

*Jarret Bodo*
Jarret Bodo, Esq.

60 East 42nd Street, Suite 4510
New York, NY 10165
Tel: (212) 317-1200

*Attorneys for Plaintiffs*

Date: 1/17/2024

**FORCHELLI DEEGAN TERRANA, LLP**

*Lisa M. Casa*
Lisa M. Casa

333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553
Tel: (516) 248-1700

*Attorneys for Defendants*

**SO ORDERED:**

_____
1-17-24